UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re the Application of NATALIA POTANINA

For an Order to Take Discovery Pursuant to 28 U.S.C. § 1782(a)

Misc. Action No. 14 Misc. 31

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2014

[PROPOSED] ORDER TO TAKE DISCOVERY UNDER 28 U.S.C. § 1782

An Application having been made *ex parte* by Natalia Potanina for an Order to take discovery pursuant to 28 U.S.C. § 1782(a) from: Altpoint Capital Partners, LLC; Stone Tower Capital LLC; Apollo Global Management LLC; Guerman Aliev; Brett Pertuz; Anish Sheth; and Derek Pease (the "Discovery Respondents") for potential use in a divorce action filed by her husband in Presnensky District Magistrate Court in Moscow, Russia, and this Court having read the accompanying Declarations of Mrs. Potanina, of Russian Counsel Larisa Ryabchenko, and of Karl Geercken, in support of such Application, and it appearing to the Court in this *ex parte* proceeding that Mrs. Potanina's Application meets the requirements of 28 U.S.C. § 1782(a) and that the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices*, 542 U.S. 241 (2004), favor the Applicant, it is hereby

ORDERED that Mrs. Potanina is authorized, pursuant to 28 U.S.C. § 1782, to seek discovery from the Discovery Respondents pursuant to the Federal Rules of Civil Procedure by

issuing and serving subpoenas *ad testificandum* and *duces tecum* on said Discovery Respondents in the form attached to the Declaration of Karl Geercken, and it is further

ORDERED that if any of the respondents wishes to object to this order or to the subpoenas issued thereunder, or to any parts thereof, an appropriate motion to vacate the Order and to quash all or any part of each subpoena must be served on Mrs. Potanina's attorneys and filed with ~~this Court~~ *the Part I Judge of this Court* within 14 days after service of a subpoena on such respondent.

Entered this 3 day of February, 2014.

_____
United States District Judge