**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re the Application of NATALIA POTANINA for an

Order to Take Discovery Pursuant to 28 U.S.C. § 1782(a)

No. 14-MC-31 (Part 1)

**RESPONDENT ALTPOINT CAPITAL PARTNERS LLC RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General Rule 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Altpoint Capital Partners LLC certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held, except that an indirect parent company of Altpoint Capital Partners LLC indirectly holds a minority interest in MMC Norilsk Nickel, a Russian joint stock company whose shares are traded on the Moscow Exchange and ADRs representing shares are traded on the London Stock Exchange and on the over-the-counter markets in the United States.  Certain of the investment vehicles managed by

1

Altpoint Capital Partners LLC hold a minority interest in Freescale Semiconductor Ltd. and Sanchez Energy Corporation, which are publicly traded.

Dated: New York, New York
February 13, 2014

DEBEVOISE & PLIMPTON LLP

By: /s/ Mark W. Friedman
Mark W. Friedman
mwfriedman@debevoise.com
Steven S. Michaels
ssmichaels@debevoise.com
Yeugenia Shvets
jshvets@debevoise.com
919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6000

*Attorneys for Respondent Altpoint Capital Partners, LLC*

**CERTIFICATE OF SERVICE**

    I, Mark W. Friedman, member of the firm Debevoise & Plimpton LLP, hereby certify that on February 13, 2014, I caused a true and correct copy of the foregoing Rule 7.1 Statement to be served by hand upon Petitioner Natalia Potanina's counsel at Alston & Bird, 90 Park Avenue, 15th floor, New York, New York 10016.

    Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

    Executed on February 13, 2014.

                                                 /s/ Mark W. Friedman  
                                                 Mark W. Friedman