UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re the Application of NATALIA POTANINA

For an Order to Take Discovery Pursuant to 28 U.S.C. § 1782(a)

Misc. Action No. 14-Misc-31

## CORPORATE DISCLOSURE STATEMENT OF STONE TOWER CAPITAL LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent Stone Tower Capital LLC, now known as Apollo ST Capital LLC, hereby states that its sole member is ST Management Holdings LLC.  ST Management Holdings LLC's sole member is Apollo Capital Management, L.P.  Apollo Capital Management, L.P.'s sole limited partner is Apollo Management Holdings, L.P., whose sole limited partner is AMH Holdings (Cayman), L.P.  AMH Holdings (Cayman), L.P. is owned approximately 38% by APO Corp., a wholly-owned subsidiary of Apollo Global Management, LLC, a publicly held company.  Apollo Global Management, LLC does not have a parent company,[1] and no publicly held corporation owns 10% or more of its securities.

---

[1] BRH Holdings GP, Ltd., however, holds approximately 69% of Apollo Global Management, LLC's voting power.  Additionally, as a limited liability company, Apollo Global Management, LLC has a manager, AGM Management, LLC.

Dated: March 3, 2014
New York, New York

                                                Respectfully submitted,

                                                PAUL, WEISS, RIFKIND, WHARTON &
                                                GARRISON LLP

                                                By:  */s Andrew J. Ehrlich*
                                                        Andrew J. Ehrlich

                                                1285 Avenue of the Americas
                                                New York, NY 10019-6064
                                                Telephone: (212) 373-3000
                                                Facsimile: (212) 757-3990
                                                E-mail: aehrlich@paulweiss.com

                                                *Attorneys for Respondent*
                                                *Stone Tower Capital LLC, n/k/a Apollo ST*
                                                *Capital LLC*