May 8, 2015

**VIA ECF**

Hon. Loretta A. Preska
Chief United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *In re Application of Natalia Potanina*, Nos. 14-mc-31 and 14-mc-57 (S.D.N.Y., consolidated March 14, 2014) (Part I)

Dear Chief Judge Preska:

    Pursuant to the Court's Order of May 5, 2015, we write on behalf of our respective clients, Petitioner Natalia Potanina and Respondent Guerman Aliev, to jointly inform the Court that the parties have agreed on June 17, 2015 as the date on which they request the Court hold its evidentiary hearing.

Respectfully submitted,

| | |
|---|---|
| ALSTON & BIRD LLP | PROSKAUER ROSE LLP |
| By: _____ | By: _____ |
| Karl Geercken | Michael A. Cardozo |
| Amber Wessels-Yen | Margaret A. Dale |
| | |
| 90 Park Avenue | Eleven Times Square |
| New York, New York 10016 | New York, New York 10036 |
| Tel: (212) 210-9400 | Tel. (212) 969-3000 |
| Fax: (212) 210-9444 | Fax (212) 969-2900 |
| | |
| karl.geercken@alston.com | mcardozo@proskauer.com |
| amber.wessels-yen@alston.com | mdale@proskauer.com |
| | |
| *Attorneys for Petitioner Natalia Potanina* | *Attorneys for Respondent Guerman Aliev* |