

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Michael A. Cardozo
Member of the Firm
d 212.969.3230
f 212.969.2900
mcardozo@proskauer.com
www.proskauer.com

July 10, 2015

<u>Via ECF</u>

Hon. Loretta A. Preska
Chief United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>*In re Application of Natalia Potanina*, Nos. 14-mc-31 and 14-mc-57 (S.D.N.Y., consolidated March 14, 2014) (Part I)</u>

Dear Chief Judge Preska:

    We represent Respondent Guerman Aliev in the above-captioned matter. We write pursuant to Your Honor's June 30, 2015 Order to inform the Court whether any issues remain to be disposed of and, if so, to provide the Court with a proposal for how to proceed.

    We have conferred with counsel for Petitioner. In light of our discussion, we write separately on two points. First, we would like to bring to the Court's attention what we believe may be a typographical error in the June 30, 2015 Order that we respectfully request be corrected. On the first page of the decision, fifth line, the Order references a hearing on June 17, 2014. We believe the year should be 2015, not 2014. Because the Court did in fact hold a hearing in this case on June 17, *2014*, we are concerned that there could be confusion in the case history absent a correction.

    Second and finally, Respondent Aliev believes that as between Petitioner and himself, no further issues remain to be disposed of, recognizing that pursuant to the settlement agreement (ordered at 14-mc-31, dkt. no. 72), discovery is not yet complete as to other parties in this matter. We understand that Petitioner may raise additional issues she believes are open with Your Honor, and if so, we will respond as appropriate.

Respectfully submitted,

*/s/ Michael A. Cardozo*

Michael A. Cardozo

cc: All counsel via ECF